AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| UCHECHI OHANAKA aka "Mike" | ) | Case No. 4:17mj122 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2017 and continuing to the present__ in the county of __Chatham__ in the __Southern__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1349 | Conspiracy to Commit Bank Fraud |
| 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Attached Affidavit of SA Glen M. Kessler, USSS

☑ Continued on the attached sheet.

_Complainant's signature_

SA Glenn Kessler, United States Secret Service
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12-5-17

_Judge's signature_

City and state: Savannah, GA

G.R. Smith, United States Magistrate Judge
_Printed name and title_